IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

KELLY SMITH,

      Appellant,

v.

LOWE'S HOME
IMPROVEMENT, and
SEDGWICK CLAIMS
MANAGEMENT,

      Appellees.

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D17-0352

_____/

Opinion filed August 3, 2017.

An appeal from an order of the Judge of Compensation Claims.
Margaret E. Sojourner, Judge.

Date of Accident: July 6, 2010.

Nicolette E. Tsambis of Smith, Feddeler, Smith, PA, Lakeland, for Appellant.

Kevin S. Murphy and Thomas A. Moore of Quintairos, Prieto, Wood & Boyer, PA, Orlando, for Appellees.


PER CURIAM.

      AFFIRMED.

BILBREY, WINSOR, and M.K. THOMAS, JJ., CONCUR.